### FOREMAN v. GOLDBERG.

(Supreme Court, Appellate Term. February 23, 1900.)

MASTER AND SERVANT—WRONGFUL DISCHARGE.

Damages for wrongful discharge from employment cannot be obtained without evidence of a contract for employment including a specified period and rate of wages.

Appeal from municipal court, borough of Manhattan, Ninth district.

Action by Annie Foreman against Julius Goldberg for wrongful discharge. Judgment for plaintiff, and defendant appeals. Reversed.

Argued before BEEKMAN, P. J., and GIEGERICH and O'GORMAN, JJ.

Abraham I. Spiro, for appellant.
Abraham H. Sarasohn, for respondent.

PER CURIAM. The evidence in this case fails to establish a contract of employment, and the judgment rendered for damages for wrongful discharge is absolutely without proof to support it. No period or rate of wages was specified, and the complaint should have been dismissed. Martin v. Insurance Co., 148 N. Y. 117, 42 N. E. 416.

Judgment reversed, and new trial ordered, with costs to the appellant to abide the event.